NUMBER 13-08-00671-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG



________________________________________________________ 


RICHARD ALLEN KREST, Appellant,

 

v.



MILDRED RENEE KREST, Appellee.

________________________________________________________ 


On appeal from the 94th District Court 


of Nueces County, Texas.


________________________________________________________ 


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, Richard Allen Krest, perfected an appeal from a judgment entered by the
94th District Court of Nueces County, Texas, in cause number 07-6611-C. Appellant has
filed a motion to dismiss the appeal on grounds that the parties have reached a mediated
settlement agreement. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. 
Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent agreement of
the parties, the court will tax costs against the appellant."). Having dismissed the appeal
at appellant's request, no motion for rehearing will be entertained, and our mandate will
issue forthwith.

 PER CURIAM

Memorandum Opinion delivered and

filed this the 5th day of March, 2009.